IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD AFRAND,
                    Appellant,
          vs.
NEVADA PROPERTY 1, LLC,
                    Respondent.

No. 85589

**FILED**

NOV 17 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
          DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from multiple district court orders and other filings. Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge.

Appellant identified the notice of appeal in this matter as a third amended notice of appeal to be filed in Docket No. 84103. However, because the notice of appeal challenges several new documents not identified in appellant's previous notices of appeal, the notice was docketed as a new appeal and assigned Docket No. 85589. This court's review of the notice of appeal and documents before this court in Docket No. 85589 reveals jurisdictional defects regarding the new documents challenged in this notice of appeal.[1]

No statute or court rule allows an appeal from all but one of the newly challenged documents. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). The district court's September

---

[1]This court's jurisdiction over the appeal of the documents that are challenged in Docket No. 84103 will be determined in the context of that appeal.

22-36136

6, 2022, "Order Sustaining Objection to Defendant's Claim of Exemption from Execution" appears substantively appealable. *See* NRAP 3A(b)(8). However, the notice of appeal was untimely filed from service of notice of entry of that order. In particular, notice of entry of the order was served on appellant on September 6, 2022. The notice of appeal was not filed in the district court until October 25, 2022, well past the 30-day deadline established by NRAP 4(a)(1). This court lacks jurisdiction over an untimely filed notice of appeal. *Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 330, 741 P.2d 432, 432 (1987). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Nancy L. Allf, District Judge
       Richard Afrand
       Snell & Wilmer, LLP/Las Vegas
       Eighth District Court Clerk